Certificate Number: 00301-PAM-DE-033350554

Bankruptcy Case Number: 19-03070



00301-PAM-DE-033350554

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 5, 2019</u>, at <u>3:38</u> o'clock <u>AM EDT</u>, <u>JOSE RIVERA</u> completed a course on personal financial management given <u>by internet</u> by <u>InCharge Debt Solutions</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>September 5, 2019</u>    By: <u>/s/Rose Poley</u>

Name: <u>Rose Poley</u>

Title: <u>Certified Bankruptcy Counselor</u>