```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                         Case No. 19-03070-RNO
Jose Rivera                                                    Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: admin              Page 1 of 1              Date Rcvd: Nov 04, 2019
                              Form ID: 318             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2019.
```
db           +Jose Rivera,    6140 Horatio Road,    Tobyhanna, PA 18466-8240
5224352       Apothaker Scian P.C.,    520 Fellowship Road, Suite C306,    PO Box 5496,
               Mount Laurel, NJ 08054-5496
5224353      +Berkheimer,    PO Box 25152,    Lehigh Valley, PA 18002-5152
5224357     ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
             (address filed with court: Credit Acceptance Corporation,    25505 W 12 Mile,
               Southfield, MI 48034)
5224358       Crednce Resource Management LLC,    PO Box 1253,   Southgate, MI 48195-0253
5224359      +DirecTV Headquarters,    2230 E. Imperial HWY,    El Segundo, CA 90245-3502
5224362      +Maria Rivera,    6140 Horatio Road,    Tobyhanna, PA 18466-8240
5224364       TD Bank USA/Target Credit,    7000 Target Parkway N,    Mailstop NCD-0450,
               Minneapolis, MN 55445-4301
5224365      +WF/FMG,    PO Box 14517,    CBS MAC F8235-01C,    Des Moines, IA 50306-3517
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +EDI: PRA.COM Nov 05 2019 00:18:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
5224354      +E-mail/Text: bankruptcy@cavps.com Nov 04 2019 19:12:31      Cavalry Portfolio Services,
               500 Summit Lake Drive,   Valhalla, NY 10595-2322
5224355      +EDI: CITICORP.COM Nov 05 2019 00:18:00      Citi Bank,    701 E 60th Street N,
               Sioux Falls, SD 57104-0493
5224356       EDI: WFNNB.COM Nov 05 2019 00:18:00      Comenity Capital/Game Stop,    P.O. Box 182120,
               Columbus, OH 43218-2120
5224360      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 04 2019 19:23:47      LVNV Funding LLC,
               625 Pilot Rd Suite 2/3,    Las Vegas, NV 89119-4485
5224361       E-mail/Text: camanagement@mtb.com Nov 04 2019 19:12:26      M&T Bank,    P.O. Box 900,
               Millsboro, DE 19966
5224363      +EDI: RMSC.COM Nov 05 2019 00:18:00      SYNCB/Lumber Liquidators,    PO Box 965036,
               Orlando, FL 32896-5036
5224588      +EDI: RMSC.COM Nov 05 2019 00:18:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 4, 2019 at the address(es) listed below:
```
              James  Warmbrodt    on behalf of Creditor   LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com, PA41@ecfcbis.com;psheldon@sheilslaw.com
              Timothy B. Fisher, II   on behalf of Debtor 1 Jose  Rivera donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jose Rivera** | Social Security number or ITIN   xxx–xx–2199 |
| | First Name   Middle Name   Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ |
| | | EIN   __–_____ |
| United States Bankruptcy Court   **Middle District of Pennsylvania** | | |
| Case number:   **5:19–bk–03070–RNO** | | |

## Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jose Rivera

**By the court:**   *Robt N. Opel II*

11/4/19

Honorable Robert N. Opel, II
United States Bankruptcy Judge

By: AutoDocketer, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318　　　　　　　　**Order of Discharge**　　　　　　　　page 2